No. 740. BARBER *v.* UNITED STATES. May 8, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *William Barber, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. W. Marvin Smith,* and *Miss Beatrice Rosenberg* for the United States.

No. 834. SEGAL *v.* NEW JERSEY. May 8, 1944. Petition for writ of certiorari to the Supreme Court of New Jersey denied.

No. 860. BERTRAND *v.* ILLINOIS. May 8, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 835. CHALFONTE *v.* SMITH, WARDEN. May 8, 1944. The petition for writ of certiorari to the Supreme Court of Pennsylvania is denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.

No. 838. RHODES *v.* FEDERAL LAND BANK OF ST. PAUL ET AL. May 15, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William Lemke* for petitioner. *Mr. Robert J. Barry* for respondents.

No. 839. WALLING, ADMINISTRATOR, *v.* PLYMOUTH MANUFACTURING CORP. ET AL. May 15, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Solicitor General Fahy* and

*Mr. Douglas B. Maggs* ior petitioner. *Mr. Albert B. Chipman* for respondents.

No. 848. LYNBROOK GARDENS, INC. *v.* ULLMAN. May 15, 1944. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Cornelius O. Donahue* for petitioner. *Mr. Thayer Burgess* for respondent. *Messrs. Ignatius M. Wilkinson, Ray L. Chesebro, Ganson Taggart, Leo Brown,* and *Charles S. Rhyne* on behalf of the National Institute of Municipal Law Officers; *Mr. Mortimer M. Kassell* on behalf of the State Tax Commission of New York; and *Mr. L. Arnold Frye* on behalf of Chautauqua County et al., filed briefs, as *amici curiae,* in support of the petition. *Mr. Milton Pinkus* filed a brief on behalf of Anne M. Leach, as *amicus curiae,* in opposition to the petition.

No. 849. BOWMAN ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. May 15, 1944. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Mr. Paul W. Steer* for petitioners. *Solicitor General Fahy* and *Mr. Richard H. Field* for respondent.

No. 853. BELLAVANCE *v.* FRANK MORROW CO., INC. May 15, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Harold E. Cole* for petitioner. *Mr. Nathaniel Frucht* for respondent.

No. 877. HIGHFILL ET AL. *v.* DILATUSH. May 15, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Archer Wheat-*